HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO LOPEZ-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO LOPEZ-GUTIERREZ,<br><br>Defendants. | Case No. 1:25-cr-101-JLT-SKO<br><br>**STIPULATION TO VACATE PRELIMINARY HEARING AND SET FOR ARRAIGNMENT AND CHANGE-OF-PLEA HEARING;  ORDER**<br><br>Date:   June 30, 2025<br>Time:  9:00 a.m.<br>Judge:  Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, Assistant Federal Defender Laura Myers, counsel for Francisco Lopez-Gutierrez, that the Court may vacate the preliminary hearing currently scheduled for May 21, 2025, at 2:00 p.m., and set the matter for an arraignment and change-of-plea hearing on June 30, 2025, at 9:00 a.m., in front of Judge Jennifer L. Thurston.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a preliminary hearing on May 21, 2025, at 2:00 p.m.

2. Mr. Lopez-Gutierrez intends to waive his right to formal indictment and enter a change of plea to an information filed by the government.

3. The government filed an information in this matter on May 12, 2025.

1. 4. A signed plea agreement has been filed on the docket.
2. 5. The parties therefore request that the Court vacate the May 21 preliminary hearing and set the matter for an arraignment and change-of-plea hearing on June 30, 2025.
3. 6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the parties agree that the time period of May 20, 2025, to June 30, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: May 20, 2025

*/s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 20, 2025

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
FRANCISCO LOPEZ-GUTIERREZ

# **O R D E R**

**IT IS SO ORDERED.** The preliminary hearing currently scheduled for May 21, 2025, at 2:00 p.m. is vacated. An arraignment and change-of-plea hearing is hereby set for June 30, 2025, at 9:00 a.m., before Judge Jennifer L. Thurston. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 20, 2025, to June 30, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **May 20, 2025**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE